# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CIVIL ACTION NO. 3:21-cv-00317-GCM

| | |
|---|---|
| ALEXANDER CHASE CONDOMINIUM ASSOCIATION, INC., <br><br> Plaintiff, <br><br> v. <br><br> PHILADELPHIA INDEMNITY INSURANCE COMPANY, <br><br> Defendant. | **STIPULATED DISMISSAL** |

The parties to this action, acting through counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) hereby stipulate, in consideration of a negotiated settlement executed by them, to the Dismissal With Prejudice of this action, including all claims stated herein, with each party to bear its own attorney's fees and costs.

This the 18th day of July, 2022,

        **HOWARD, STALLINGS, FROM,**
        **ATKINS, ANGELL & DAVIS P.A.**

        */s/ Robert H. Jessup*
        Robert H. Jessup
        Howard, Stallings, From,
        Atkins, Angell & Davis P.A.
        P.O. Box 12347
        Raleigh, NC 27605
        Telephone: (919) 821-7700
        Facsimile: (919) 821-7703
        Email: rjessup@hsfh.com
        *Counsel for Plaintiff*

GOLDBERG SEGALLA LLP

*/s/ David L. Brown*
David L. Brown
N. C. State Bar #: 18942 701
Green Valley Road, Suite 310
Greensboro, NC 27408
Telephone: 336.419.4900
Facsimile: 336.419.4950
Email: dbrown@goldbergsegalla.com
*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on this day, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to Defendant's counsel.

This the 18th day of July, 2022,

*/s/ Robert H. Jessup*
Robert H. Jessup
*Counsel for Plaintiff*